PINNOCK & WAKEFIELD
THEODORE A. PINNOCK, SBN 153434
DAVID C. WAKEFIELD, SBN 185736
MICHELLE L. WAKEFIELD, SBN 200424
3033 Fifth Ave., Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

MARTIN H. ORLICK, SBN 83908
JEFFER, MANGELS, BUTLER & MARMARO LLP
Two Embarcadero Center, 5th Floor
San Francisco, California 94111
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendant
KINTETSU ENTERPRISES COMPANY
OF AMERICA dba MIYAKO RADISSON
HOTEL

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGANIZATION FOR ADVANCEMENT OF MINORITIES WITH DISABILITIES SUING ON BEHALF OF DAVID SINGLETARY AND ITS MEMBERS; and DAVID SINGLETARY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>KINTETSU ENTERPRISES COMPANY OF AMERICA dba MIYAKO RADISSON HOTEL; KINTETSU ENTERPRISES COMPANY OF AMERICA and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. C 05 1257 CW<br><br>STIPULATION TO EXTEND TIME FOR SPECIALLY APPEARING DEFENDANT KINTETSU ENTERPRISES COMPANY OF AMERICA dba MIYAKO RADISSON HOTEL TO FILE A RESPONSE TO CIVIL COMPLAINT AND CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE. |

| | |
|---|---|
| 1 | TO THE COURT AND ALL PARTIES: |
| 2 | The parties, by and through their counsel, hereby stipulate that specially |
| 3 | |
| 4 | appearing Defendant KINTETSU ENTERPRISES COMPANY OF AMERICA dba |
| 5 | MIYAKO RADISSON HOTEL ("Defendant"), for itself and no others, be allowed an |
| 6 | extension of time to file its response to the Complaint. Defendant's response will |
| 7 | become due on or before September 22, 2005. |
| 8 | The parties request that the Case Management Conference currently scheduled |
| 9 | |
| 10 | for September 16, 2005, be continued to a date convenient to the Court. |

DATED: 9/8/05

PINNOCK & WAKEFIELD, A.P.C.
THEODORE A. PINNOCK, ESQ.
DAVID C. WAKEFIELD, ESQ.
MICHELLE L. WAKEFIELD, ESQ.

By: _____
Attorneys for ORGANIZATION FOR
ADVANCEMENT OF MINORITIES WITH
DISABILITIES SUING ON BEHALF OF
DAVID SINGLETARY AND ITS
MEMBERS; and DAVID SINGLETARY, an
individual

DATED: 9/8/5

JEFFER, MANGELS, BUTLER &
MARMARO LLP

_____
MARTIN H. ORLICK, ESQ.
Attorneys for Defendant KINTETSU
ENTERPRISES COMPANY OF AMERICA
dba MIYAKO RADISSON HOTEL

| | |
|---|---|
| 1 | PINNOCK & WAKEFIELD |
| 2 | THEODORE A. PINNOCK, SBN 153434 |
|   | DAVID C. WAKEFIELD, SBN 185736 |
| 3 | MICHELLE L. WAKEFIELD, SBN 200424 |
|   | 3033 Fifth Ave., Suite 410 |
| 4 | San Diego, CA 92103 |
|   | Telephone: (619) 858-3671 |
| 5 | Facsimile: (619) 858-3646 |
| 6 | |
|   | Attorneys for Plaintiffs |
| 7 | |
|   | MARTIN H. ORLICK, SBN 83908 |
| 8 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
|   | Two Embarcadero Center, 5th Floor |
| 9 | San Francisco, California 94111 |
|   | Telephone:  (415) 398-8080 |
| 10 | Facsimile:  (415) 398-5584 |
| 11 | Attorneys for Defendant |
| 12 | KINTETSU ENTERPRISES COMPANY |
|    | OF AMERICA dba MIYAKO RADISSON |
| 13 | HOTEL |

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ORGANIZATION FOR ADVANCEMENT OF MINORITIES WITH DISABILITIES SUING ON BEHALF OF DAVID SINGLETARY AND ITS MEMBERS; and DAVID SINGLETARY, an individual, | ) ) ) ) ) | Case No.  C 05 1257 CW |
| Plaintiffs, | ) ) | PROPOSED ORDER GRANTING STIPULATION TO EXTEND TIME FOR SPECIALLY APPEARING DEFENDANT KINTETSU ENTERPRISES COMPANY OF AMERICA dba MIYAKO RADISSON HOTEL TO FILE A RESPONSE TO CIVIL COMPLAINT AND CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE. |
| vs. | ) ) | |
| KINTETSU ENTERPRISES COMPANY OF AMERICA dba MIYAKO RADISSON HOTEL; KINTETSU ENTERPRISES COMPANY OF AMERICA and DOES 1 THROUGH 10, inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

IT IS HEREBY ORDERED that the answer of specially appearing Defendant KINTETSU ENTERPRISES COMPANY OF AMERICA dba MIYAKO RADISSON HOTEL be allowed an extension of time to file its response to the Complaint to and including September 22, 2005.

The Case Management Conference shall be continued to _____.

DATED: _____        _____
                                       United States District Court Judge