1  PINNOCK & WAKEFIELD
   THEODORE A. PINNOCK, SBN 153434
2  DAVID C. WAKEFIELD, SBN 185736
3  MICHELLE L. WAKEFIELD, SBN 200424
   3033 Fifth Ave., Suite 410
4  San Diego, CA 92103
   Telephone: (619) 858-3671
5  Facsimile: (619) 858-3646

6
   Attorneys for Plaintiffs
7
   MARTIN H. ORLICK, SBN 83908
8  JEFFER, MANGELS, BUTLER & MARMARO LLP
   Two Embarcadero Center, 5th Floor
9  San Francisco, California 94111
   Telephone:  (415) 398-8080
10 Facsimile:  (415) 398-5584

11 Attorneys for Defendant
   KINTETSU ENTERPRISES COMPANY
12 OF AMERICA dba MIYAKO RADISSON
13 HOTEL

14

15                    UNITED STATE DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  ORGANIZATION FOR ADVANCEMENT ) | Case No.  C 05 1257 CW |
| OF MINORITIES WITH DISABILITIES ) | |
| 19  SUING ON BEHALF OF DAVID ) | STIPULATION TO EXTEND TIME |
| SINGLETARY AND ITS MEMBERS; and ) | FOR SPECIALLY APPEARING |
| 20  DAVID SINGLETARY, an individual, ) | DEFENDANT KINTETSU |
|  ) | ENTERPRISES COMPANY |
| 21               Plaintiffs, ) | OF AMERICA dba MIYAKO |
|  ) | RADISSON HOTEL TO FILE A |
| 22       vs. ) | RESPONSE TO CIVIL COMPLAINT |
|  ) | AND CONTINUANCE OF THE CASE |
| 23  KINTETSU ENTERPRISES COMPANY ) | MANAGEMENT CONFERENCE. |
| OF AMERICA dba MIYAKO RADISSON ) | |
| 24  HOTEL; KINTETSU ENTERPRISES ) | |
| COMPANY OF AMERICA and DOES 1 ) | |
| 25  THROUGH 10, inclusive, ) | |
|  ) | |
| 26               Defendants. ) | |
| 27  ) | |
| 28  ) | |

1  TO THE COURT AND ALL PARTIES:

2  The parties, by and through their counsel, hereby stipulate that specially
3  appearing Defendant KINTETSU ENTERPRISES COMPANY OF AMERICA dba
4
5  MIYAKO RADISSON HOTEL ("Defendant"), for itself and no others, be allowed an
6  extension of time to file its response to the Complaint. Defendant's response will
7  become due on or before September 22, 2005.

8  The parties request that the Case Management Conference currently scheduled
9  for September 16, 2005, be continued to a date convenient to the Court.

10

11
12  DATED: 9/8/05                              PINNOCK & WAKEFIELD, A.P.C.
                                               THEODORE A. PINNOCK, ESQ.
13                                             DAVID C. WAKEFIELD, ESQ.
                                               MICHELLE L. WAKEFIELD, ESQ.
14

15                                             By:_____
16                                             Attorneys for ORGANIZATION FOR
                                               ADVANCEMENT OF MINORITIES WITH
17                                             DISABILITIES SUING ON BEHALF OF
                                               DAVID SINGLETARY AND ITS
18                                             MEMBERS; and DAVID SINGLETARY, an
                                               individual
19

20  DATED: 9/8/5

21                                             JEFFER, MANGELS, BUTLER &
                                               MARMARO LLP
22

23

24                                             _____
                                               MARTIN H. ORLICK, ESQ.
25                                             Attorneys for Defendant KINTETSU
                                               ENTERPRISES COMPANY OF AMERICA
26                                             dba MIYAKO RADISSON HOTEL

27

28

```
 1  PINNOCK & WAKEFIELD
    THEODORE A. PINNOCK, SBN 153434
 2  DAVID C. WAKEFIELD, SBN 185736
 3  MICHELLE L. WAKEFIELD, SBN 200424
    3033 Fifth Ave., Suite 410
 4  San Diego, CA 92103
    Telephone: (619) 858-3671
 5  Facsimile: (619) 858-3646

 6
    Attorneys for Plaintiffs
 7
    MARTIN H. ORLICK, SBN 83908
 8  JEFFER, MANGELS, BUTLER & MARMARO LLP
    Two Embarcadero Center, 5th Floor
 9  San Francisco, California 94111
    Telephone:  (415) 398-8080
10  Facsimile:  (415) 398-5584

11  Attorneys for Defendant
    KINTETSU ENTERPRISES COMPANY
12  OF AMERICA dba MIYAKO RADISSON
13  HOTEL

14
                    UNITED STATE DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

17
18  ORGANIZATION FOR ADVANCEMENT  )  Case No.  C 05 1257 CW
    OF MINORITIES WITH DISABILITIES )
19  SUING ON BEHALF OF DAVID       )  [PROPOSED] ORDER GRANTING
    SINGLETARY AND ITS MEMBERS; and )  STIPULATION TO EXTEND TIME
20  DAVID SINGLETARY, an individual, )  FOR SPECIALLY APPEARING
                                   )  DEFENDANT KINTETSU
21                    Plaintiffs,  )  ENTERPRISES COMPANY
                                   )  OF AMERICA dba MIYAKO
22         vs.                     )  RADISSON HOTEL TO FILE A
                                   )  RESPONSE TO CIVIL COMPLAINT
23  KINTETSU ENTERPRISES COMPANY   )  AND CONTINUANCE OF THE CASE
    OF AMERICA dba MIYAKO RADISSON )  MANAGEMENT CONFERENCE.
24  HOTEL; KINTETSU ENTERPRISES    )
    COMPANY OF AMERICA and DOES 1  )
25  THROUGH 10, inclusive,         )
                                   )
26                    Defendants.  )
27                                 )
                                   )
28
```

# ORDER

IT IS HEREBY ORDERED that the answer of specially appearing Defendant KINTETSU ENTERPRISES COMPANY OF AMERICA dba MIYAKO RADISSON HOTEL be allowed an extension of time to file its response to the Complaint to and including September 22, 2005.

The Case Management Conference shall be continued to October 28, 2005, at 1:30 p.m.

DATED:  9/13/05

/s/ CLAUDIA WILKEN
United States District Court Judge