PINNOCK & WAKEFIELD
Theodore A. Pinnock, Esq.
David C. Wakefield, Esq.
Michelle L. Wakefield, Esq.
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORGANIZATION FOR ADVANCEMENT OF MINORITIES WITH DISABILITIES SUING ON BEHALF OF DAVID SINGLETARY AND ITS MEMBERS; and DAVID SINGLETARY, An Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>KINTETSU ENTERPRISES COMPANY OF AMERICA d.b.a. MIYAKO RADISSON HOTEL; KINTETSU ENTERPRISES COMPANY OF AMERICA; and DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No. C 05 1257 CW<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the aforementioned matter, known as *Organization For the Advancement of Minorities With Disabilities v. Kintetsu Enterprises Company of America, et al.*, Case No. C 05 1257 CW, has been resolved. A Request for Dismissal and Order Thereon will be filed within 45 days.

DATED: October    , 2005

PINNOCK & WAKEFIELD

THEODORE A. PINNOCK
Attorneys for Plaintiffs